# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**MARK FALK**<br>**UNITED STATES MAGISTRATE JUDGE** | **USPO & COURTHOUSE**<br>**1 FEDERAL SQ., ROOM 457**<br>**NEWARK, NJ 07101**<br>**(973) 645-3110** |

August 26, 2011

**LETTER ORDER PURSUANT TO RULE 16.1**

Robert Kinnery
24 Read Street
Jersey City, NJ 07304
**VIA CM, RRR & First Class Mail**

Stevie D. Chambers, Esq.
Jersey City Law Dept.
280 Grove Street
Jersey City, NJ 07302

      Re:    **Kinnery v. Jersey City Police Dept., et al.**
                **Civil Action No. 11-1929 (DMC)**

Dear Litigants:

      On or about **September 26, 2011,** I will issue a Scheduling Order in this civil action.

      Not later than **September 26, 2011,** I expect to receive from you estimates of the time needed to complete discovery. I also expect to be advised whether you intend to add parties, amend pleadings or make a dispositive motion.

      **SO ORDERED**.

                                      s/Mark Falk
                                      **MARK FALK**
                                      **United States Magistrate Judge**